1  PHILLIP A. TALBERT
   United States Attorney
2  JEFFREY A. SPIVAK
   Assistant United States Attorney
3  MISDEMEANOR UNIT
   2500 Tulare Street, Suite 4401
4  Fresno, California 93721
   Telephone: (559) 497-4000
5

6  Attorneys for Plaintiff
     UNITED STATES OF AMERICA
7

8               UNITED STATES DISTRICT COURT

9               EASTERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,          Case No.  5:21-po-00607-SAB

12              Plaintiff,             [Citation E1200122 CA/71]

13 v.                                  JOINT MOTION FOR EARLY
                                       TERMINATION OF PROBATION
14 JOHN W. ROWLES,                     PURSUANT TO 18 U.S.C. § 3564(c); FED.
                                       R. CRIM. P. 32.1(c); and ORDER
15              Defendant.
                                       (Doc. 15)
16

17

18      The United States Attorney, by and through Phillip A. Talbert, United States Attorney, and

19 Jeffrey A. Spivak, Assistant United States Attorney, and John Rowles, Pro Se Defendant, hereby move

20 for an early termination of probation pursuant to 18 U.S.C. § 3564(c); and Federal Rules of Criminal

21 Procedure, Rule 32.1(c).

22      On March 1, 2022, the Court sentenced Defendant John W. Rowles to serve 90 days

23 unsupervised probation to expire on June 1, 2022 (ECF No. 10 and 11).  The conditions of Defendant's

24 probation include payment of a fine in the amount of $330.00; payment of a special assessment in the

25 amount of $10.00; and payment of a processing fee in the amount of $30.00 for a total financial

26 obligation of $370.00 to be paid in full by April 15, 2022.  Additionally, Defendant is to obey all laws,

27 notify of any financial or address change.  The Court set a Probation Review Hearing for May 3, 2022,

28

1

1    at 10:00 a.m. before Magistrate Judge Stanley A. Boone, wherein the Defendant was ordered to

2    personally appear at that hearing.  If Defendant pays the fine in full there is no need to appear.

3         Defendant paid the fine in full to the Central Violations Bureau on March 22, 2022, and as of

4    April 7, 2022, said payment is reflected in the Court's docket as "FINAL PAYMENT RECEIVED

5    (CVB Auto) (Entered: 04/07/2022)." (ECF No. 14).

6         Inasmuch as the Defendant has paid his financial obligation in full, the parties respectfully

7    request this Court to terminate probation pursuant to 18 U.S.C. § 3564(c); and Federal Rules of Criminal

8    Procedure, Rule 32.1(c) and vacate the Review Hearing scheduled for May 3, 2022.

9

10   DATED: April 27, 2022                    Respectfully submitted,

11                                            PHILLIP A. TALBERT
                                              United States Attorney

12
                                     By:     /s/  Jeffrey A. Spivak
13                                            JEFFREY A. SPIVAK
                                              Assistant United States Attorney
14

15   DATED: April 27, 2022                    Respectfully submitted,

16
                                     By:     /s/  John W. Rowles
17                                            JOHN W. ROWLES, Pro Se
                                              Defendant
18

19
                              **O R D E R**
20

21        IT IS HEREBY ORDERED that Defendant's probation be terminated and that the Probation

22   Review Hearing set for May 3, 2022, at 10:00 a.m. be vacated.

23

24   IT IS SO ORDERED.

25   Dated:   **April 27, 2022**

                                              UNITED STATES MAGISTRATE JUDGE
26

27

28

                                    2
                                                            USA v. Rowles
                                                            Case #5:21-po-00607-SAB